## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HICA EDUCATION LOAN** | ) |
| **CORPORATION,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **CASE NO. 2:11-cv-02070-KHV-KMH** |
| | ) |
| **JOAHN J. HODGES,** | ) |
| **Defendant.** | ) |

### APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK

Plaintiff HICA Education Loan Corporation ("Plaintiff"), by and through its counsel of record, hereby requests that the Clerk of the Court enter default against Joahn J. Hodges ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of this Motion, HICA Education Loan Corporation states as follows:

1. On or about February 7, 2011, the above captioned matter was filed with the Clerk of the District Court, seeking judgment against Defendant, Joahn J. Hodges for default in the amount of a sum certain for failure to make payments on a certain note held and owned by Plaintiff.

2. Upon information and belief, Defendant is an individual residing at 2863 Parkview Ave., Kansas City, Wyandotte County, Kansas 66104-3945.

3. Upon information and belief, Defendant is not an infant or incompetent, and the Department of Defense Manpower Data Center does not possess any information indicating that Defendant is currently on active duty as defined in accordance with 10 U.S.C. § 101(d)(1). *See Moneymaker* Affidavit Attached as Exhibit 1 ¶¶ 3-4.

4. On February 28, 2011, the Complaint and Summons was served upon Defendant by a private process server, *See* Return of Service, filed with the Court on March 18, 2011. (Doc. No. 5).

5. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to file a responsive pleading within twenty-one (21) days after the date of service, or by no later than March 21, 2011.

6. As of the date hereof, Defendant has not filed a responsive pleading and accordingly, Defendant is in default under Fed. R. Civ. P. 55(a).

7. Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court shall enter default against a defendant that "has failed to plead or otherwise defend . . . and that fact is made to appear by affidavit or otherwise." The Clerk should properly enter default against Defendant.

WHEREFORE, Plaintiff HICA Education Loan Corporation requests the Clerk of the Court to enter default against Joahn J. Hodges.

Respectfully submitted,

STINSON MORRISON HECKER LLP

_/s/ Jacy Hurst Moneymaker_

Brian E. Sobczyk       KS #21046
Jacy Hurst Moneymaker       KS #23586
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Phone: (816) 842-8600
Fax: (816) 691-3495
jmoneymaker@stinson.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2011, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system. A true and correct copy of the foregoing was sent via U.S. Mail, postage paid, and by Certified Mail to the following:

Joahn J. Hodges
2863 Parkview Ave
Kansas City, KS 66104-3945

_____*/s/ Jacy Hurst Moneymaker*_____
Attorneys for Plaintiff