IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>　　Plaintiff,<br><br>v.<br><br>JOAHN J. HODGES,<br>　　Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 2:11-cv-02070-KHV-KMH<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

Jacy J.H. Moneymaker, states that she is counsel for plaintiff HICA Education Loan Corporation ("Plaintiff") in the above captioned action and makes this affidavit:

1.　I am an adult citizen competent to testify to the matters stated below and have personal knowledge of the facts and matters as set forth herein.

2.　I am an associate with Stinson Morrison Hecker LLP. I represent Plaintiff, HICA Education Loan Corporation, in the above-captioned matter.

3.　To the best of my knowledge, information and belief, defendant Joahn J. Hodges ("Defendant") is not a minor and is not an incompetent person.

4.　A search was conducted for Joahn J. Hodges online at the Department of Defense Manpower Data Center ("DMDC") and the DMDC does not possess any information indicating that Defendant is currently on active duty. *See* Military Status Report, attached hereto as Exhibit A.

5.　On or about February 7, 2011, the above captioned matter was filed with the Court, seeking judgment against Defendant, Joahn J. Hodges for default for failure to make payments on certain notes held and owned by Plaintiff.

6.　On February 28, 2011, the Complaint and Summons was served upon Defendant



by a private process server, *See* Return of Service, filed with the Court on March 18, 2011. (Doc. No. 5).

7.      As of this date, Defendant has not filed a responsive pleading or otherwise appeared in regard to the above-captioned action.

FURTHER, AFFIANT SAYETH NOT.

                                                          Jacy Hurst Moneymaker   KS #23586
                                                          Attorney for Plaintiff

State of Missouri           )
                                )
County of Jackson      )

Subscribed and sworn to before me by Jacy Hurst Moneymaker, attorney for Plaintiff, on this 23rd day of May, 2011.

                                                 Lisa Parks
                                                 Notary Public, State of Missouri
                                                 My commissions expires:   11-2-2013

                                                            LISA PARKS
                                                    Notary Public - Notary Seal
                                                       STATE OF MISSOURI
                                                             Clay County
                                             My Commission Expires: 11-2-2013
                                                       Commission # 09400525

Request for Military Status                                                                                                    Page 1 of 2

Department of Defense Manpower Data Center                                       May-02-2011 07:04:21



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| HODGES | JOAHN J | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

EXHIBIT A

https://www.dmdc.osd.mil/appj/scra/popreport.do                                                                 5/2/2011

Case 2:11-cv-02070-KHV -KMH   Document 7-1   Filed 05/23/11   Page 4 of 4

Request for Military Status                                                                 Page 2 of 2

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:65ETQJ1GAU