### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HICA EDUCATION LOAN CORPORATION,** )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>**JOAHN J. HODGES,** )<br>　　Defendant. ) | NO. 2:11-cv-02070-KHV-KMH |

### RESPONSE TO ORDER TO SHOW CAUSE

1.  On February 7, 2011, Plaintiff filed the Complaint in this cause of action. Doc. 1.

2.  On March 18, 2011, Plaintiff filed the Executed Summons showing personal service on Defendant on February 28, 2011. Doc. 5.

3.  Defendant's answer to the Complaint was due not later than March 21, 2011.

4.  After being served with the Complaint, Defendant contacted counsel for Plaintiff and requested information regarding the amounts owed.

5.  On May 9, 2011, pursuant to Defendant's request, and in an attempt to resolve this matter, Plaintiff sent Defendant correspondence with the requested information regarding the amounts owed.

6.  Plaintiff subsequently withheld from seeking a default judgment to provide Defendant an opportunity to resolve the claims in the Complaint.

7.  Having received no further communication from Defendant, on May 23, 2011, Plaintiff filed an Application for Clerk's Default.

8.  On about May 24, 2011, the Clerk's Order of Default was entered.

9.  Plaintiff is currently prosecuting this case and intends to take a default judgment.

DB04/808296.0015/4522906.3

WHEREFORE, Plaintiff HICA Education Loan Corporation respectfully submits that the foregoing establishes good cause why this case should not be dismissed for lack of prosecution.

Respectfully submitted,

STINSON MORRISON HECKER LLP

*/s/ Jacy Hurst Moneymaker*
Brian E. Sobczyk            KS #21046
Jacy Hurst Moneymaker       KS #23586
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Phone: (816) 842-8600
Fax: (816) 691-3495
jmoneymaker@stinson.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that on May 31, 2011, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system. A true and correct copy of the foregoing was sent via U.S. Mail, postage paid, and by Certified Mail to the following:

Joahn J. Hodges
2863 Parkview Ave
Kansas City, KS 66104-3945

*/s/ Jacy Hurst Moneymaker*
Attorneys for Plaintiff